CLINTON A. KRISLOV
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago IL 60606
Tel: 312-606-0500
Fax: 312-606-0207
clint@krislovlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:09-CR-042-PMP (GWF) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GINA LYNN AITKEN ) | |
| ) | |
| Defendant, ) | |
| ) | |

**UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO THE
UNITED STATES OF AMERICA'S MOTION TO DISMISS (#30)
(First Request)**

Eric R. Meyers and David L. Pisarek, for themselves and for the class of all persons who paid Nationwide Christian Singles & Events, Inc. ("Petitioners"), by and through their attorney, Clinton A. Krislov, Krislov & Associates, Ltd., respectfully move this Honorable Court for an Order extending the time for Petitioners to file a response to The United States of America's Motion to Dismiss (#30), pursuant to Fed. R. Crim. P. 45(b)(1) and LCR 45-1. The response is currently due June 21, 2010. Petitioners request an extension of time to July 5, 2010.

The grounds for extending the time are as follows.

Krislov & Associates has had recent associate turnover, and a new attorney assigned to this case. In addition, Mr. Krislov has many deadlines to file motions and pleadings in numerous cases.

On or about June 14, 2010, Daniel G. Bogden, United States Attorney, did not oppose the filing of this motion.

This Court should grant an extension of time to July 5, 2010, pursuant to Fed. R. Crim. P. 45(b)(1) and LCR 45-1, for Petitioners to file a Response to Motion to Dismiss.

Dated this 21st day of June, 2010.

Respectfully submitted,

/s/Clinton A. Krislov

Clinton A. Krislov
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago IL 60606
Tel: 312-606-0500
Fax: 312-606-0207
clint@krislovlaw.com

Attorney for Petitioners

IT IS SO ORDERED.

PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: June 30, 2010.