UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cr-00042-PMP-GWF |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| GINA LYNN AITKEN, ) | |
| Defendant. ) | |

Before the Court for consideration is the Petition for Adjudication of Interest Under 21 U.S.C. §853(n) (Doc. #24) filed April 23, 2010 on behalf of Eric R. Meyers and David L. Pisarek, for themselves and for the class of all persons who paid Nationwide Christian Singles & Events, Inc. to participate in a purported envelope-stuffing business opportunity. On June 1, 2010, Plaintiff United States of America filed a Motion to Dismiss the foregoing Petition (Doc. #30). Although the deadline for responding to Plaintiff United States' Motion to Dismiss was extended (Doc. #40) to July 5, 2010, more than a month has expired since that extended deadline and Petitioners Meyers and Pisarek have failed to file a response to the Government's motion. As a result, Petitioners Meyers and Pisarek consent to the granting of Plaintiff United States' Motion to Dismiss Petition (Doc. #30).

Moreover, a review of Plaintiff United States' motion to dismiss shows that it

1  must be granted on its merits.  Clearly this Court lacks subject matter jurisdiction and
2  Petitioners have failed to state a claim upon which relief could be granted for the
3  reasons set forth in Plaintiff United States' motion to dismiss.
4  **IT IS THEREFORE ORDERED** that Plaintiff United States of America's
5  Motion to Dismiss Petition of Eric R. Meyers and David L. Pisarek and the Class of
6  All Persons Who Paid Nationwide Christian Singles & Events, Inc. (Doc. #30) is
7  **GRANTED**.
8  DATED: August 6, 2010.

_____
PHILIP M. PRO
United States District Judge