FILED

OCT 1○ 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-042-PMP (GWF) |
| ) | |
| GINA LYNN AITKEN, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On October 19, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A), 982(b), and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant GINA LYNN AITKEN to criminal offense, forfeiting specific property alleged in the Settlement Agreement, Stipulation for Entry of Order of Forfeiture as to Gina Lynn Aitken (#7) and shown by the United States to have a requisite nexus to the offense to which defendant GINA LYNN AITKEN pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on December 3, 2009, December 10, 2009, and December 17, 2009 in the Las Vegas Review-Journal/Sun, on March 10, 2010, March 17, 2010, and March 24, 2010 in The New York Times, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 20, 2009 through November 18, 2009, (#23) further notifying all known third parties

. . .

by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court.

The United States served all known third parties petitioners by personal service or by regular mail and certified mail return receipt requested. In addition, the United States also served the following:

    a.    Christopher C. Fogelman on behalf of Citizens Automobile Finance was served by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 24, 2010. #39.

    b.    Brad Conner, President, on behalf of Citizens Automobile Finance was served at 480 Jefferson Blvd., Warwick, RI 02886-1359 by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 24, 2010. #39.

    c.    Brad Conner, President, on behalf of Citizens Automobile Finance was served at Citizens PLZ, Providence, RI 02903-1344 by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 22, 2010. #39.

    d.    CT Corporation System Resident Agent on behalf of Citizens Automobile Finance by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 22, 2010. #39.

PETITION:

On April 23, 2010 a Motion for Adjudication of Interest for Defrauded Victim Class by David L. Pisarek, Eric R. Meyers as to Gina Lynn Aitken was entered. #24. On June 1, 2010, the United States filed a Motion to Dismiss Petition of Eric R. Meyers and David L. Pisarek and the Class of all Persons Who Paid Nationwide Christian Singles & Events, Inc. (#24). #30. This petition was dismissed. #43.

RBS, Citizens, N.A., determined that it will not pursue its claim on the 2005 Excursion Recreational Vehicle, VIN: 4UZAAHDCX4CN81964 and has released all legal interest in the vehicle to the United States.

1  This Court finds no other petition was filed herein by or on behalf of any person or entity and
2  the time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(A), 982(b) and Title 21, United States
9  Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
10 according to law:

11  $5,000,000.00 in United States Currency, including:

12  a.  $31,149.75 in United States Currency, Seized from Washington Mutual Bank
13      Account Number 048800002583599, in the Name of John and Gina Aitken,
14      Washington Mutual Bank, 1000 North Green Valley Parkway, Henderson,
15      Nevada 89074;

16  b.  $65,142.30 in United States Currency, Seized from Wells Fargo Bank Account
17      Number 1531838603, in the Name of Nationwide Christians, Wells Fargo
18      Bank California, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

19  c.  $442,469.35 in United States Currency, Seized from Wells Fargo Bank
20      Account Number 1007907239, in the Name of Nationwide Christian Singles
21      and Events, Inc., Wells Fargo Bank Nevada, 3300 West Sahara Avenue, Las
22      Vegas, Nevada 89102;

23  d.  2003 Black Hyundai 4-door Sedan, Nevada License Plate 990PYF, Vin:
24      KMHDN45D63U589344, Registered to Gina L. and John G. Aitken, 330 Doe
25      Run Circle, Henderson, Nevada 89012;

26  e.  2003 Black Hyundai 4-door Sedan, Nevada License Plate 991PYF, Vin:

1  KMHDN45D53U546923, Registered to Gina L. and John G. Aitken, 330 Doe Run Circle, Henderson, Nevada 89012; and

f. 2005 Excursion Recreational Vehicle, VIN: 4UZAAHDCX4CN81964, Stored at Gerke's RV Storage, 4755 West Flamingo Road, Las Vegas, Nevada 89103 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ____ day of Oct ____, 2010.

_____
UNITED STATES DISTRICT JUDGE